**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____     Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tandem Real Estate Holdings LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-2304403** |

4.  **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **3553 West Chester Pike** **Newtown Square, PA 19073** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Chester** County | **Location of principal assets, if different from principal place of business** **500-516 Avenue of the States and 554-556 Edgmont Avenue Chester, PA 19013** Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)  _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Tandem Real Estate Holdings LLC**                                      Case number (*if known*) _____
         <sub>Name</sub>

---

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

Debtor    **Tandem Real Estate Holdings LLC**                                    Case number (*if known*) _____
          Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?    _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other    _____

**Where is the property?**    _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency    _____
          Contact name         _____
          Phone                _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**      .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Tandem Real Estate Holdings LLC**
　　　Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case number (*if known*)

Debtor   **Tandem Real Estate Holdings LLC**                                    Case number (*if known*)
         Name

| | |
|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 19, 2023**
              MM / DD / YYYY

*X* **/s/ Ra-Tah Johnson**                                    **Ra-Tah Johnson**
   Signature of authorized representative of debtor              Printed name

Title   **Sole member of manager**

**18. Signature of attorney**

*X* **/s/ David B. Smith**                                    Date **January 19, 2023**
   Signature of attorney for debtor                                 MM / DD / YYYY

**David B. Smith 59098**
Printed name

**Smith Kane Holman, LLC**
Firm name

**112 Moores Road**
**Suite 300**
**Malvern, PA 19355**
Number, Street, City, State & ZIP Code

Contact phone   **610-407-7215**      Email address   **dsmith@skhlaw.com**

**59098 PA**
Bar number and State

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Tandem Real Estate Holdings LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Wood Design, Inc. 201 Fulton Street Chester, PA 19013** | | | | | | **$6,000.00** |
| **Cedar Ridge Group, LLC 420 West Deere Point Road West Chester, PA 19382** | | | | | | **$280,000.00** |
| **Chester Water Authority 415 Welsh Street Chester, PA 19013** | | | | | | **$9,342.70** |
| **City of Chester City Hall 1 Fourth Street Chester, PA 19013** | | | | | | **$12,813.50** |
| **City of Chester City Hall 1 Fourth Street Chester, PA 19013** | | | | | | **$17,117.99** |
| **Delaware County Regional Water Quality C 100 East Fifth Street Chester, PA 19013** | | | | | | **$5,478.07** |
| **Delaware County Tax Claim Bureau 201 W Front St Media, PA 19063** | | | | | | **$3,244.59** |
| **Evolve Build 2140 N Hancock St Philadelphia, PA 19122** | | | | | | **$50,000.00** |

| Debtor | **Tandem Real Estate Holdings LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GL Hookah Lounge 6123 Carpenter Street Philadelphia, PA 19143** | | | | | | **$103,000.00** |
| **Global Security Systems Inc. P.O. Box 173 Lima, PA 19037** | | | | | | **$2,732.00** |
| **IPFS Corporation 301 W. 11th St 4th Floor Kansas City, MO 64141** | | | **Disputed** | | | **$1,422.56** |
| **J&K Trash Removal 2325 W 2nd Street Chester, PA 19013** | | | | | | **$2,600.35** |
| **Keybank National Association P.O. Box 89446 Cleveland, OH 44101** | | | | | | **$7,783.45** |
| **Linn Architects 1140 N Providence Rd Media, PA 19063** | | | **Disputed** | | | **$2,520.00** |
| **Obermayer Rebmann Maxwell & Hippel LLP Centre Square West 1500 Market Street Suite 3400 Philadelphia, PA 19102** | | | | | | **$40,701.34** |
| **PECO PO Box 37629 Philadelphia, PA 19101** | | | | | | **$4,032.04** |
| **Regus 18 Campus Blvd Ste 100 Newtown Square, PA 19073** | | | | | | **$6,347.86** |
| **Riverfront Alliance of Delaware County 1 4th St Chester, PA 19013** | | | | | | **$5,500.00** |
| **Roe Fabricators Inc. 201 Clayton St Chester, PA 19013** | | | | | | **$2,775.00** |

Debtor   **Tandem Real Estate Holdings LLC**                                    Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Stormwater Authority of the City of Ches 31 E. 5th Street Chester, PA 19013** | | | | | | **$4,410.38** |

Aerial Signs and Awnings
2333 Concord Rd
Chester, PA 19013


American Wood Design, Inc.
201 Fulton Street
Chester, PA 19013


Bluebird Lending I, LLC
44 Fairview Road
Penn Valley, PA 19072


Bluebird Lending II, LLC
1845 Walnut Street
Suite 910
Philadelphia, PA 19103


Bluebird Lending, LLC
44 Fairview Road
Penn Valley, PA 19072


Cedar Ridge Group, LLC
420 West Deere Point Road
West Chester, PA 19382


Cedar Ridge Group, LLC
P.O. Box 1045
Westtown, PA 19395


Chester Economic Development Authority
One 4th Street
City Hall
P.O Box 407
Chester, PA 19016


Chester Water Authority
415 Welsh Street
Chester, PA 19013

City of Chester
City Hall
1 Fourth Street
Chester, PA 19013


Consigliere Business Consulting, LLC
1055 Westlakes Drive
Suite 300
Berwyn, PA 19312


Corey Stanley
118 WASHINGTON AVENUE
Aston, PA 19014


Darlene Atta
3514 W. 4TH STREET
Marcus Hook, PA 19061


David Elliot
3553 West Chester Pike
Newtown Square, PA 19073


Delaware County Regional Water Quality C
100 East Fifth Street
Chester, PA 19013


Delaware County Tax Claim Bureau
201 W Front St
Media, PA 19063


Evolve Build
2140 N Hancock St
Philadelphia, PA 19122


Federal Rent-a-Fence
127 Haddon Ave
West Berlin, NJ 08091

FJS Capital Management, Inc.
c/o Kaplan, Schaer, Toddy, P.C.
One Commerce Square
2005 Market Street, 16th Floor
Philadelphia, PA 19103


GL Hookah Lounge
6123 Carpenter Street
Philadelphia, PA 19143


Global Security Systems Inc.
P.O. Box 173
Lima, PA 19037


Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106-1611


IPFS Corporation
301 W. 11th St
4th Floor
Kansas City, MO 64141


J&K Trash Removal
2325 W 2nd Street
Chester, PA 19013


Joel Kofsky
1500 JFK BOULEVARD
2 PENN CENTER
SUITE 550
Philadelphia, PA 19102


Keybank National Association
P.O. Box 89446
Cleveland, OH 44101

Linn Architects
1140 N Providence Rd
Media, PA 19063


Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street
Suite 3400
Philadelphia, PA 19102


PECO
PO Box 37629
Philadelphia, PA 19101


Pennsylvania Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128


Pennsylvania Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128-0946


Phoenixville Federal Bank & Trust
564 Nutt Road
Phoenixville, PA 19460


PNC Bank, N.A
8800 Tinicum Boulevard
Philadelphia, PA 19153


Ra-Tah Johnson
3553 West Chester Pike
Newtown Square, PA 19073

```
Regus
18 Campus Blvd
Ste 100
Newtown Square, PA 19073



Riverfront Alliance of Delaware County
1 4th St
Chester, PA 19013



Roe Fabricators Inc.
201 Clayton St
Chester, PA 19013



Stormwater Authority of the City of Ches
31 E. 5th Street
Chester, PA 19013



Troy Wilson, Esq
215 S. BROAD STREET
2nd Floor
Philadelphia, PA 19107
```

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Tandem Real Estate Holdings LLC**                                          Case No. _____

Debtor(s)                                          Chapter   **11**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Tandem Real Estate Holdings LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**808 Real Estate, LLC**
**1210 Curran Street**
**Chester, PA 19013**

**All Angles, LLC**
**502 Avenue of the States**
**Chester, PA 19013**

**Consigliere Business Consulting, LLC**
**761 West Sproul Road**
**#230**
**Springfield, PA 19064**

☐ None [*Check if applicable*]

**January 19, 2023**

Date

**/s/ David B. Smith**
**David B. Smith 59098**

Signature of Attorney or Litigant
Counsel for   **Tandem Real Estate Holdings LLC**
**Smith Kane Holman, LLC**
**112 Moores Road**
**Suite 300**
**Malvern, PA 19355**
**610-407-7215 Fax:610-407-7218**
**dsmith@skhlaw.com**