**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
| Tandem Real Estate Holdings LLC | : | Case No. 23-10176 (AMC) |
| Debtor | : |  |

## STATEMENT PURSUANT TO BANKRUPTCY CODE SECTION 1116(1)(B)

I, Ra-Tah Johnson, on behalf of Tandem Real Estate Holdings LLC (the "Debtor"), as sole member of the Debtor's Manager, do hereby state under penalty of perjury that the Debtor has not prepared a recent balance sheet, statement of operations, or cash-flow statement; accordingly, these documents are not appended to the Debtor's voluntary petition.

Tandem Real Estate Holdings LLC

Date:  January 19, 2023

By: */s/ Ra-Tah Johnson*
Ra-Tah Johnson, sole member of
Consigliere Business Consulting, LLC,
as Manager for Tandem Real Estate
Holdings LLC