**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Tandem Real Estate Holdings LLC,  :  Chapter 11

  Debtor  :  Bky. No.  23-10176- AMC

# O R D E R

**AND NOW**, the Debtor having commenced the above-captioned chapter 11 case and having elected to proceed under subchapter V of title 11, it is therefore **ORDERED** that:

1. Pursuant to 11 U.S.C. §1188(c), **on or before March 1, 2023**, the Debtor shall file a Status Report, substantially in form as set forth in Appendix A to this Order.

2. Pursuant to 11 U.S.C. §1188(a), a **Telephonic** Status Conference is **SCHEDULED on March 15, 2023**, **at 12:30 p.m.,** in Bankruptcy Courtroom No. 4, Second Floor, U.S. Courthouse, 900 Market Street, Philadelphia, Pennsylvania. Parties are to Dial: **877-873-8017 Access Code: 3027681#** .

Date:  January 20, 2023

  **ASHELY M. CHAN**
  **U.S. BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  **Tandem Real Estate Holdings LLC,**  :  Chapter 11
              **Debtor**  :
                          Bky. No. 23-10176-AMC

**SUBCHAPTER V STATUS REPORT**

*Note: If necessary to fully complete, attach additional pages*

Date of order for relief: _____

Trustee: _____

Has the debtor attended an initial debtor interview?  Yes ☐  No ☐

    If no, please explain: _____

Has the trustee concluded the 341 meeting?  Yes ☐  No ☐

    If no, please explain: _____

Has the debtor filed all postpetition financial reports?  Yes ☐  No ☐

    If no, please explain: _____

Has the debtor filed all monthly operating reports?  Yes ☐  No ☐

    If no, please explain: _____

Is all relevant insurance in place and current?  Yes ☐  No ☐

    If no, please explain: _____

# APPENDIX A

Has the debtor filed all applicable tax returns?    Yes ☐    No ☐

If no, please explain: _____

Has the debtor paid all taxes entitled to administrative expense priority? Yes ☐    No ☐

If no, please explain: _____

Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

Other relevant information:

Note: **Debtor must file a plan not later than 90 days after entry of order for relief.** Unless the court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).

This status report must be served on the trustee and all parties in interest.

**Date:** _____        _____
                                                                 **Attorney for Debtor**