## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| Tandem Real Estate Holdings LLC | Case No. 23-10176 (AMC) |
| Debtor | |

### ORDER DENYING EXPEDITED HEARING TO CONSIDER MOTIONS

AND NOW, this  1st  day of February, 2023, upon review of the *REQUEST FOR EXPEDITED CONSIDERATION OF BLUEBIRD LENDING II, LLC'S EMERGENCY MOTION TO DISMISS THE DEBTOR'S CHAPTER 11 CASE AND EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY,* and the Debtor's objection thereto, it is hereby

ORDERED that the Request is DENIED.  The movant shall schedule a hearing to consider the Motions pursuant to the standard hearing track and procedures of this Court.

BY THE COURT:

Ashely M. Chan
United States Bankruptcy Judge