UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| Tandem Real Estate Holdings, LLC. | : | |
| | : | BANKR. NO. 23-10176 (AMC) |
| | : | |
| Debtor. | : | |

**ORDER DISMISSING CASE**

AND NOW, this __9th__ day of February, 2023, upon consideration of the United States Trustee's Motion to Dismiss, and the response of the Debtor, if any, for the reasons stated on the record in open court, it is now, therefore,

ORDERED, that the United States Trustee's Motion is GRANTED and this case is hereby DISMISSED.

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge